675 A.2d 1239

Joseph MATTEO, administrator of the Estate of Anna Mateo, Joseph Pezak and Lori Pezak, as parents and natural guardians of Tyler Pezak, a minor and Joseph Pezak and Lori Pezak, in their own right, Jared Bellas, a minor, by and through his parents and natural guardians, Robert Bellas and Deborah Bellas and Robert Bellas and Deborah Bellas, his wife, individually, Robert Malpass, as Executor of the Estate of Rose E. Malpass, deceased, and Robert Malpass, individually, Respondents,

v.

David R. MARINER, M.D. and Geisinger Medical Group, Geisinger Wyoming Valley Medical Center and Geisinger Medical Center, Geisinger Medical Center and John West, M.D., Bret Yarczower, M.D., Petitioners.

Supreme Court of Pennsylvania.

May 29, 1996.

## ORDER

PER CURIAM:

AND NOW, this 29th day of May, 1996, the Petition for Allowance of Appeal is granted, but limited to the following issue:

whether the trial court's order denying petitioner's motion to disqualify counsel is immediately appealable.